UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-24606

BENITO RODRIGUEZ,

    Plaintiff,

v.

RECEIVABLES OUTSOURCING, INC.,

    Defendant.

_____/

## NOTICE OF COMPLIANCE WITH COURT ORDER

Plaintiff BENITO RODRIGUEZ, by and through undersigned counsel, files this Notice of Compliance with the Order of Court-Mandated Requirements in FDCPA-Based Cases issued by this Court, *see* D.E. 4, and in so doing, certifies that Plaintiff served a copy of this Court's Order, *see* D.E. 5, a copy of the Statement of Claim, *see* D.E. 5, and a copy of any document(s) used to support Plaintiff's claim, on Defendant RECEIVABLES OUTSOURCING, INC. via U.S. Mail at: 1920 Greenspring Drive, Suite 200, Timonium, MD 21093.

DATED: December 11, 2019

    /s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:    jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:    tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136

*COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 11, 2019, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

        /s/ Jibrael S. Hindi  
**JIBRAEL S. HINDI, ESQ.**  
Florida Bar No.: 118259

PAGE | **2** of **2**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC  
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540  
www.JibraelLaw.com